**IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF WEST VIRGINIA
AT MARTINSBURG**

**IAN CARR,**

        **Petitioner,**

**v.**                                                    **Civil Action No. 3:05CV32**
                                                         **Criminal Action No. 3:04CR50**
                                                         **(BROADWATER)**

**UNITED STATES OF AMERICA,**

        **Respondent.**

**ORDER ADOPTING REPORT AND RECOMMENDATION**

On this day  the above styled case came before the Court for consideration of the Report and

Recommendation of Magistrate Judge James E. Seibert, dated August 23, 2005.  The petitioner did

not file objections to the Report.  After reviewing the above, the Court is of the opinion that the

Magistrate Judge's Report and Recommendation should be and is hereby **ORDERED** adopted.

The Court further **ORDERS** that the petition of the petitioner be **DENIED and DISMISSED**

**WITHOUT PREJUDICE** based on the reasons set forth in the Magistrate Judge's Report and

Recommendation.  It is further **ORDERED** that this action be and is hereby **STRICKEN** from the

active docket of this Court.

The Clerk is directed to transmit true copies of this Order to the petitioner and all counsel of

record herein.

**DATED**  this 1st  day of February.

**W. CRAIG BROADWATER
UNITED STATES DISTRICT JUDGE**